UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06CR88-W |
|---|---|---|
| | ) | |
| v. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| EVONDA CHANETTE PIERCE | ) | |

Leave of Court is hereby granted for the dismissal of the Second Superseding Bill of Indictment in the above-captioned case against Evonda Chanette Pierce without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

Signed: March 30, 2007

Frank D. Whitney
United States District Judge